IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ESTATE OF JERMAINE ISAAC CARPENTER and ELISHA CARPENTER, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GOODYEAR TIRE AND RUBBER COMPANY and VOLT MANAGEMENT CORP., d/b/a VOLT SERVICES GROUP, <br><br> Defendants. | No. 3:05-CV-00137 |
| THE GOODYEAR TIRE AND RUBBER COMPANY, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> VOLT MANAGEMENT CORP., d/b/a VOLT SERVICES GROUP, <br><br> Third Party Defendant/ Third Party Plaintiff, <br><br> vs. <br><br> FIRSTCO, INC., <br><br> Third Party Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

All parties, by their undersigned counsel, pursuant to Fed. R. Civ. P.41(a)(1)(ii), hereby stipulate to the dismissal of all claims in this action (including cross-claims and third-party claims) with prejudice, each party bearing its or her own costs.

|  |  |
|---|---|
| /s/ Joseph C. Creen<br>By  /s/ Michael K. Bush<br>     Joseph C. Creen<br>     Michael K. Bush<br><br>BUSH, MOTTO, CREEN, KOURY &<br>HALLIGAN, P.L.C.<br>5505 Victoria Avenue, Suite 100<br>Davenport, Iowa 52807<br>Phone: 563.344.4900<br>Fax: 563.344.8961<br>Email: bushlaw1@yahoo.com<br>Email: creenlaw@yahoo.com<br><br>ATTORNEYS FOR PLAINTIFFS ELISHA CARPENTER AND THE ESTATE OF JERMAINE CARPENTER | By  /s/ Thomas D. Waterman<br>     Thomas D. Waterman    AT0008341<br><br>LANE & WATERMAN LLP<br>220 North Main Street, Suite 600<br>Davenport, IA 52801<br>Phone: 563.324.3246<br>Fax: 563.324.1616<br>Email: twaterman@L-WLaw.com<br><br>And<br><br>John B. Kinsella<br>Bryan Cave LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone: (314) 259-2440<br>Fax: (314) 552-8440<br>Email: jbkinsella@bryancave.com<br><br>ATTORNEYS FOR THE GOODYEAR TIRE & RUBBER COMPANY |
| By  /s/ Jeff McDaniel<br>     Jeff McDaniel<br><br>BROOKS & TRINRUD<br>220 Emerson Place, Suite 101<br>Davenport, IA 52801<br>Phone: 563.326.4900<br>Fax: 563.326.4944<br>Email: JCM@btlawpc.com<br><br>ATTORNEYS FOR FIRSTCO, INC. | By  /s/ Matthew P. Pappas<br>     Matthew P. Pappas<br>     Terri L. Fildes<br><br>PAPPAS, HUBBARD, O'CONNOR, FILDES, SECARAS, P.C.<br>1617 Second Avenue, Suite 300<br>Rock Island, IL 61204-5408<br>Phone: 309.788.7110<br>Fax: 309.788-2773<br><br>ATTORNEYS FOR VOLT MANAGEMENT CORP., d/b/a VOLT SERVICES GROUP |

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was electronically filed amid served upon the following parties to the above cause to each of the attorneys of record herein via CM/ECF on the   11th   day of December, 2008:

John B. Kinsella
BRYAN CAVE, LLP
211 N. Broadway, Ste. 3600
St. Louis, MO 63102-2750
jbkinsella@bryancave.com

Thomas D. Waterman
LANE & WATERMAN LLP
220 N. Main St., Ste. 600
Davenport, IA 52801
twaterman@l-wlaw.com

ATTORNEYS FOR DEFENDANT

Matthew P. Pappas
Terri L. Martin
PAPPAS & SCHNELL. P.C.
1617 Second Avenue, Suite 300
Rock Island, IL 61201
mpappas@pappasandschnell.com
tmartin@pappasandschnell.com

ATTORNEYS FOR THIRD PARTY DEFENDANT/PLAINTIFF

Jeffrey C. McDaniel
BROOKS & TRINRUD, P.C.
3725 Blackhawk Rd.
Rock Island, IL 61201
jcm@btlawpc.com

ATTORNEY FOR THIRD PARTY DEFENDANT


/s/ Michael K. Bush